February 4, 1993 [NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 92-2095

 VITO MALDERO,

 Plaintiff, Appellant,

 v.

 SECRETARY OF HEALTH AND HUMAN SERVICES,

 Defendant, Appellee.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. William G. Young, U.S. District Judge]
 

 

 Before

 Selya, Cyr and Boudin,
 Circuit Judges.
 

 

 Vito Maldero on brief pro se.
 
 A. John Pappalardo, United States Attorney, William L.
 
Parker, Special Assistant United States Attorney, and Jessie M.
 
Klyce, Assistant Regional Counsel, Region I, Department of Health
 
and Human Services, on brief for appellee.

 

 

 Per Curiam. We agree with the June 30, 1992
 

district court opinion and affirm for substantially the

reasons stated therein.

 We reject claimant's argument that the ALJ did not

sufficiently develop the record because he did not obtain VA

and other records claimant has now presented for the first

time on appeal. The ALJ had sufficient records, including

reports from treating and consulting physicians, to make an

informed decision and inadequate reason to believe the VA

records would add significantly to the information already

presented. We have reviewed the records claimant has

presented for the first time on appeal and conclude they

would not likely have made a difference. A remand is not

warranted. Evangelista v. Secretary, 826 F.2d 136 (1st Cir.
 

1987).

 Affirmed.